IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Lawrence, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | No. 15-cv-11242 |
| | ) | |
| Thomas Dart, Sheriff of Cook | ) | *(Judge Tharp)* |
| County, and Cook County, Illinois | ) | |
| | ) | |
| *Defendants.* | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), the parties hereby stipulate to the dismissal of this action with prejudice and without costs.

/s/  Joel A. Flaxman
KENNETH N. FLAXMAN
JOEL A. FLAXMAN
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
jaf@kenlaw.com
*Attorneys for Plaintiff*

/s/  James Nichols (with consent)
JAMES NICHOLS
MICHAEL SORICH
Assistant State's Attorneys
500 Daley Center
Chicago, IL 60602
*Attorneys for Defendants*